UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FARHAD ADULI AND CHERIE ADULI, | * | |
| INDIVIDUALLY AND ON BEHALF OF | * | CIVIL ACTION NO.: 2:23-cv-02514 |
| THEIR DECEASED DAUGHTER, | * | |
| M.A. | * | |
| | * | |
| VERSUS | * | JUDGE WENDY B. VITTER |
| | * | |
| THE J.M. SMUCKER COMPANY, | * | |
| SMUCKER FOODSERVICE, INC., AND | * | MAGISTRATE JUDGE VAN MEERVELD |
| WALMART, INC. | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION TO COMPEL
THE SMUCKER DEFENDANTS TO IMMEDIATELY
PROVIDE DEPOSITION AVAILABILITIES**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, Plaintiffs, Farhad Aduli and Cherie Aduli, respectfully move this Honorable Court to issue an Order compelling Defendants, the J.M. Smucker Company and Smucker Foodservice, Inc., to make their counsel and witnesses available for depositions on August 19, 21, 22, 23, 26, 28, and 30 and September 3, 5, 6, 9, 10, 11, 12, and 13 (to the extent those dates have not passed by the time this Motion is heard); to provide Plaintiffs with at least twenty available deposition dates for third-party witness depositions in September, October, and November; and to either facilitate the deposition of former Smucker employee Ellis Miller or provide Plaintiffs his last known contact information. As more fully set forth in the Memorandum in Support filed contemporaneously herewith, all of this relief is warranted.

WHEREFORE, Plaintiffs respectfully requests that this Motion to Compel be granted and that the Court issue an Order granting all of the requested relief requested hereinabove.

Respectfully submitted,


*/s/ Bradley J. Schwab*
Richard P. Voorhies, III (#30782)
Michael D. Lonegrass (#28124)
Bradley J. Schwab (#35312)
**THE VOORHIES LAW FIRM**
1100 Poydras St., Suite 2810
New Orleans, La. 70163
Phone: (504) 875-2223
Fax: (504) 875 - 4882
Email: Richard@voorhieslaw.com
            Mike@voorhieslaw.com
            Brad@voorhieslaw.com
***Attorneys for Plaintiffs Farhad Aduli***
***and Cherie Aduli***


## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the above and foregoing pleading on all counsel of record by filing the same the Court's CM/ECF filing system this 13th day of August, 2024.

*/s/ Bradley J. Schwab*
BRADLEY J. SCHWAB

2