UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FARHAD ADULI AND CHERIE ADULI, | * |
| INDIVIDUALLY AND ON BEHALF OF | * CIVIL ACTION NO.: 2:23-cv-02514 |
| THEIR DECEASED DAUGHTER, | * |
| M.A. | * |
| | * |
| VERSUS | * JUDGE WENDY B. VITTER |
| | * |
| THE J.M. SMUCKER COMPANY, | * |
| SMUCKER FOODSERVICE, INC., AND | * MAGISTRATE JUDGE VAN MEERVELD |
| WALMART, INC. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MOTION TO COMPEL
## THE SMUCKER DEFENDANTS TO PROVIDE DEPOSITION AVAILABILITIES

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, Plaintiffs, Farhad Aduli and Cherie Aduli, respectfully move this Honorable Court to issue an Order compelling Defendants, the J.M. Smucker Company and Smucker Foodservice, Inc., to provide all dates in September, October, and November on which their counsel and witnesses will be available for depositions. As more fully set forth in the Memorandum in Support filed contemporaneously herewith, the Smucker Defendants have wrongfully refused to provide Plaintiffs with available dates to conduct basic discovery depositions of nine individuals that the Smucker Defendants identified in discovery as possessing information relevant to Plaintiffs' claims. Those requested depositions are just the first round of depositions that need to be completed in this case. There will likely be several other Smucker witnesses and third-parties that will need to be deposed. Plaintiffs' request to depose these witnesses is neither unreasonable, nor unusual. The Smucker Defendants' own initial disclosures and discovery responses indicate that the depositions are likely to lead to the discovery of relevant information. Thus, the Court should grant this Motion and enter an Order

compelling the Smucker Defendants to immediately provide Plaintiffs with at least 20 available deposition dates in September, October, and November.

WHEREFORE, Plaintiffs respectfully requests that this Motion to Compel be granted and that the Court issue an Order granting the relief requested hereinabove.

Respectfully submitted,

*/s/ Bradley J. Schwab*
Richard P. Voorhies, III (#30782)
Michael D. Lonegrass (#28124)
Bradley J. Schwab (#35312)
**THE VOORHIES LAW FIRM**
1100 Poydras St., Suite 2810
New Orleans, La. 70163
Phone: (504) 875-2223
Fax: (504) 875 - 4882
Email: Richard@voorhieslaw.com
        Mike@voorhieslaw.com
        Brad@voorhieslaw.com
***Attorneys for Plaintiffs Farhad Aduli
and Cherie Aduli***

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the above and foregoing pleading on all counsel of record by filing the same the Court's CM/ECF filing system this 26th day of August, 2024.

*/s/ Bradley J. Schwab*
BRADLEY J. SCHWAB

2